IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA ARVIL KIRK                                                                                                     PLAINTIFF

VS.                                   4:18CV00864-BRW-JTK

MIKE LEE MAY, et al.                                                                       DEFENDANTS

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, I adopt them in their entirety.

Accordingly, Defendant Gilkey is DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 17th day of December, 2018.


                                             /s/ Billy Roy Wilson_____
                                             UNITED STATES DISTRICT JUDGE