**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOSHUA ARVIL KIRK                                                        PLAINTIFF

v.                                              4:18CV00864-JTK

MIKE LEE MAY, et al.                                                    DEFENDANTS

## MEMORANDUM AND ORDER

Plaintiff has not responded to the Court's February 8, 2019 Order directing him to notify the Court of his current address and intent to continue prosecution with this action, within thirty days. (Doc. No. 21). The copy of the Order sent to Plaintiff at his last-known address was returned to the Court as undeliverable on February 15, 2019. (Doc. No. 22)

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond, the Court finds that his Complaint should be dismissed without prejudice for failure to prosecute. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 11th day of March, 2019.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE